**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR:  Gladis Rueda             JOINT DEBTOR:                       CASE NO.: 13-24043-LMI
Last Four Digits of SS#  7869           Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   36   months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ 335.29  for months  1  to  36; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 +$775.00 (Motion to Value)+ $ 4,425.00 TOTAL PAID $ 1,000.00
            Balance Due    $ 3,425.00 payable $ 285.42 /month (Months   1   to   12  )

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.   NONE                     Arrearage on Petition Date     $
Address:                          Arrears Payment     $           /month (Months       to      )
                                  Regular Payment    $           /month (Months       to      )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo XXXX1998 | Homestead:16701 NW 72 Court, Hialeah, FL 33015  $185,000.00 | 0 % | $0.00 | None | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.  NONE                   Total Due $
                           Payable           $           /month (Months     to     ) Regular Payment $

Unsecured Creditors:  Pay $ 16.34 /month  (Months 1 to 12 ); Pay $ 301.76 /month (Months 13 to  36 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Secured Creditors Chase and Santander are being paid directly outside the plan

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.
Debtor                                              Joint Debtor
Date:  7/8/13                                       Date:

LF-31 (rev. 01/08/10)